IN THE UNITED STATES DISTICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| CHARLES E. COOK, | ) | |
|     Plaintiff, | ) ) ) | No. 3:07-0637 |
| vs. | ) ) ) | JUDGE TRAUGER |
| SECRETARY OF THE UNITED STATES OF AMERICA DEPARTMENT OF THE ARMY, | ) ) ) ) | |
|     Defendant. | ) | |

## ORDER

Upon review of Plaintiff's counsel's Motion for Reconsideration of the Court's order granting Defendant's Motion to Dismiss and/or for Summary Judgment and the prior agreement of the parties' respective counsels extending time for Plaintiff to respond to said Defendant's Motions, the Court determines and orders as follows:

1. The prior Order of this Court dated October 18, 2007, granting the Defendant's Motion to Dismiss and/or for summary Judgment is hereby reconsidered and set aside;

2. The prior agreement of the parties' counsels to extend Plaintiff's time to respond to Defendant's Motion is hereby granted to and including October 31, 2007.

SO ORDERED, This 22nd day of October, 2007

Honorable Aleta Trauger, Judge

APPROVED FOR ENTRY:

_____
Hon. Peter M. Napolitano, BPR#21240
Attorney For Complainant
133 Franklin Street, Upper Level
Clarksville TN 37040
Phone: 931-906-8733

Document 24    Filed 10/22/07    Page